476 A.2d 74

Commonwealth v. Matt, Appellant.

Submitted February 3, 1984. Edward D. Reibman, for appellant; Jane Roach, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, BECK and JOHNSON, JJ.

Order affirmed.

476 A.2d 74

Commonwealth v. Mitchell, Appellant.

Submitted January 20, 1984. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and HESTER, JJ.

Judgment of sentence affirmed.